UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**FILED**
APR 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LAWRENCE Lyle LASKO,
(Plaintiff)

v.

THOMAS P. WALSH, AUSA, et.al
(Defendant)

AFFIDAVIT / DECLARATION
IN SUPPORT OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

07 0787

I, Larry Lyle Lasko, certify that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my present financial condition I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress.

I further state that the responses which I have made to questions and instructions below are true and correct.

1. Are you presently employed?   Yes ✓   No ___

a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.
$15.00 per month   FCI Schuylkill PA

b. If the answer is no, state the date of last employment and the amount of the salary and wages, per month which you received.
_____

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or form of self-employment?   Yes ___ No ✓
   b. Rent payments, interest or dividends?   Yes ___ No ✓
   c. Pensions, annuities or life insurance payments?   Yes ___ No ✓
   d. Gifts or inheritances?   Yes ___ No ✓
   e. Any other sources?   Yes ✓ No ___

**RECEIVED**
APR 0 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If the answer to any of the above is yes, describe each source of money and state the amount
my mother and brother $25.00 every two months or so,, (maybe)

2

received from each during the past twelve months.

3. Do you own any cash, or do you have money in a checking or savings account? Yes _____ No ✓ (Include any funds in prison accounts.)

If the answer is yes, state the amount of cash or the present balance in any account.

_____

_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing? Yes _____ No ✓

If the answer is yes, describe the property and state its approximate value.

_____

_____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. In order to comply with the court's privacy policy, only the initials of a minor should be listed below. Also, listing the age of the minor is acceptable; however, only the year of birth may be included. See the court's "Notice of Electronic Availability of Civil and Criminal Case File Information" and Local Rule 5.2 for more information on redaction of personal data identifiers.

none_____

_____

I understand that a false statement or answer to any questions in this affidavit/ unsworn declaration will subject me to penalties for perjury.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  April 20, 2007
              Date

_____
Signature of Plaintiff

# AUTHORIZATION
(Prisoner's Account Only)

Case No. _____

> NOTE: Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

I, _Larry Lyle Lasko_, request and authorize the agency holding me in custody to send to the _U.S. District Court District of Columbia_, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) at the institution where I am incarcerated. I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C § 1915(b).

This authorization is furnished in connection with the filing of a _action_, and I understand that the filing _is_ for the _amount of $400.50_. I also understand that the entire filing fee will be deducted from my account _IF not Indigent aplicable_. This authorization shall apply to any other agency into whose custody I may be transferred.

Commonwealth of Pennsylvania
Subcribed and sworn Before me this
Date: 3 day of April, 2007

_Danielle M. Boris_
Notary
Commission expires = 3-20-2010

Commonwealth of Pennsylvania
NOTARIAL SEAL
DANEILLE M. BORIS, Notary Public
Minersville Borough, County of Schuylkill
My Commission Expires March 20, 2010

Signature of Prisoner: _Larry Lyle Lasko_
Reg# 11594-052

07 0787

FILED
APR 30 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT