UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LARRY LYLE LASKO,
    Plaintiff,

v.

THOMAS P. WALSH, et al.,
    Defendants.

Civil Action No. 07-0787 (PLF)

Plaintiffs. Compelling motion to proceed in forma pauperis and a 15 day extention

Now Come Plaintiff Larry Lyle Lasko, in Pro se form and under the penalties of purjury Title 28 U.S.C. § 1746 with his request in motion to so proceed in forma pauperis

1.) On May, 3, 2007 Plaintiff received the A. Court Order, ordering him to provide a Certified trust fund - statement o/c ledger sheets for the Past Six - months

2) this order is dated April 14, 2007 as Filed April 30, 2007. Giveing Plaintiff all of 10 or so days to rely on F.C.I. Schuylkill Officials to Provide.

**RECEIVED**

MAY 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3). An inmate request was turned over to the appropriate Official on 5/7/07 See Attachment page 1 of 3.

4). Plaintiff did receive a computer generated copy from his unit case manager Mr. Plash on 5-6-07 see Att, at 2

5). Plaintiff now request this Honorable Court, to at the least exsept His second Authorization form as Notarized on the 7 day of may 2007. To compell the Fileing of this/his civil rights complaint.

Respectfully Yours
Larry Lyle Lasko

May 10, 2007

# 11894 052

F.C.I. Schuylkill
P.O. Box 759
Minersville, P.A. 17954-0759

BP-S148.055  INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Mr. Fogelman, Trust Fund Superviser | DATE: 5-7-2007 |
|---|---|
| FROM: Larry Lasko L | REGISTER NO.: 11894-052 |
| WORK ASSIGNMENT: Compound | UNIT: 2-A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I am requesting you to send me a certified copy of my trust fund account statement, as (Highlighted) on the Order, for District Court of Columbia.

For the past six months with a supporting ledger sheets for the past 6 months (Or forward to the inmates Acount Office)

See: Attached Order/ Civil No. 07-0787

Hand delivered At mainline

(Do not write below this line)

DISPOSITION:

Received by [signature]   on 5/7/07
Signature Staff Member          Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Printed on Recycled Paper

1 of 3

# Deposits

🖨 PRINT

| | | | | |
|---|---|---|---|---|
| Inmate Reg #: | 11894052 | Current Institution: | Schuylkill FCI | |
| Inmate Name: | LASKO, LAWRENCE | Housing Unit: | SCH-B-A | |
| Report Date: | 05/06/2007 | Living Quarters: | B04-003U | |
| Report Time: | 8:44:02 AM | | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 5/1/2007 12:10:57 AM | AMSERVICE | Debt Encumbrance - Released | $2.01 | GSCHD012-732 | | |
| 4/25/2007 12:02:20 PM | SCH3004 | Sales | ($12.80) | 52 | | $4.39 |
| 4/10/2007 9:25:33 AM | SCH2100 | Debt Encumbrance | ($2.01) | GSCHD012-732 | | |
| 4/10/2007 9:25:33 AM | SCH2100 | Payroll - IPP | $10.08 | GIPP0307 | | $17.19 |
| 4/3/2007 12:33:15 PM | DataMig | Phone Rev With Rel | $0.12 | GITS2CNV | | $7.11 |
| 4/1/2007 12:10:47 AM | AMSERVICE | Debt Encumbrance - Released | $1.05 | GSCHD012-615 | | |
| 3/9/2007 2:25:47 PM | SCH2000 | Debt Encumbrance | ($1.05) | GSCHD012-615 | | |
| 3/9/2007 2:25:47 PM | SCH2000 | Payroll - IPP | $5.25 | GIPP0207 | | $6.99 |
| 3/7/2007 11:46:55 AM | SCH3005 | Sales | ($8.26) | 38 | | $1.74 |
| 3/1/2007 12:10:32 AM | AMSERVICE | PLRA Payment | ($0.97) | GSCHD012 | 1750 | $10.00 |
| 3/1/2007 12:10:32 AM | AMSERVICE | Debt Encumbrance - Released | $2.68 | GSCHD012-514 | | |
| 2/23/2007 7:56:39 PM | AMService | Phone Withdrawal | ($3.00) | ITS0223 | | $10.97 |
| 2/21/2007 6:10:49 PM | SCH3005 | Sales | ($9.20) | 105 | | $13.97 |
| 2/9/2007 12:59:16 PM | SCH2000 | FRP Monthly Pymt | $0.00 | GIS02402 | | $23.17 |
| 2/9/2007 12:55:56 PM | SCH2000 | Debt Encumbrance | ($2.68) | GSCHD012-514 | | $23.17 |
| 2/9/2007 12:55:56 PM | SCH2000 | Payroll - IPP | $13.44 | GIPP0107 | | $23.17 |
| 2/7/2007 12:04:53 PM | SCH3005 | Sales | ($9.70) | 47 | | $9.73 |
| 2/1/2007 12:10:45 AM | AMSERVICE | PLRA Payment | ($6.05) | GSCHD012 | 1477 | $19.43 |
| 2/1/2007 12:10:45 AM | AMSERVICE | Debt Encumbrance - Released | $5.00 | GSCHD012-422 | | |
| 2/1/2007 12:10:45 AM | AMSERVICE | Debt Encumbrance - Released | $1.05 | GSCHD012-398 | | |
| 1/17/2007 12:29:09 PM | SCH3005 | Sales | ($5.20) | 71 | | $25.48 |
| 1/15/2007 5:45:24 AM | AMSERVICE | Debt Encumbrance | ($5.00) | GSCHD012-422 | | |
| 1/15/2007 5:45:24 AM | AMSERVICE | Lockbox - CD | $25.00 | 70174603 | | $30.68 |
| 1/9/2007 1:47:37 PM | SCH2000 | Debt Encumbrance | ($1.05) | GSCHD012-398 | | |
| 1/9/2007 1:47:37 PM | SCH2000 | Payroll - IPP | $5.25 | GIPP1206 | | $5.68 |
| 12/12/2006 11:24:04 AM | SCH3003 | Sales | ($5.20) | 31 | | $0.43 |
| 12/8/2006 7:53:02 AM | SCH2000 | Payroll - IPP | $5.25 | GIPP1106 | | $5.63 |
| 11/30/2006 5:38:07 PM | SCH3007 | Sales | ($4.50) | 78 | | $0.38 |
| 11/16/2006 12:00:26 PM | SCH3003 | Sales | ($12.10) | 38 | | $4.88 |
| 11/9/2006 8:55:41 AM | SCH2000 | Payroll - IPP | $5.25 | GIPP1006 | | $16.98 |
| 11/8/2006 11:34:48 AM | SCH3003 | Sales | ($12.13) | 46 | | $11.73 |
| 11/7/2006 12:10:23 AM | AMSERVICE | Photo Copies | ($1.20) | GSCHD003 | | $23.86 |
| 11/7/2006 12:10:23 AM | AMSERVICE | Debt Encumbrance - Released | $1.14 | GSCHD003-170 | | |
| 11/7/2006 12:10:23 AM | AMSERVICE | Debt Encumbrance - Released | $0.06 | GSCHD003-109 | | |
| 11/6/2006 5:39:50 AM | AMSERVICE | Debt Encumbrance | ($1.14) | GSCHD003-170 | | |
| 11/6/2006 5:39:50 AM | AMSERVICE | Lockbox - CD | $25.00 | 70169803 | | $25.06 |
| 10/23/2006 8:57:53 AM | SCH2000 | Debt Encumbrance | ($0.06) | GSCHD003-109 | | |
| 10/12/2006 6:49:02 PM | SCH3007 | Sales | ($3.81) | 67 | | $0.06 |
| 9/25/2006 1:02:00 PM | SCH2100 | Photo Copies | ($1.95) | FJV00902 | | $3.87 |
| 9/8/2006 12:55:19 PM | SCH2000 | Payroll - IPP | $5.25 | FIPP0806 | | $5.82 |
| 9/7/2006 12:57:56 PM | SCH3004 | Sales | ($0.85) | 108 | | $0.57 |
| 8/17/2006 12:38:15 PM | SCH7209 | Sales | ($3.96) | 103 | | $1.42 |
| 8/10/2006 7:56:23 AM | SCH2100 | Payroll - IPP | $5.25 | FIPP0706 | | $5.38 |

1

- 2 -

# AUTHORIZATION
(Prisoner's Account Only)

Case No. 07-0787

> NOTE: Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

I, Larry Lyle Lasko, request and authorize the agency holding me in custody to send to the Clerk Of Courts, For The District of Columbia, U.S. Courthouse, 333 Constitution Avenue, N.W. Washington, D.C. 20001. /A certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) at the institution where I am incarcerated. I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C § 1915(b).

This authorization is furnished in connection with the filing of a Complaint, and I understand that the filing is for the amount of $ 350.00 I also understand that the entire filing fee will be deducted from my account IF not Indigent aplicable. This authorization shall apply to any other agency into whose custody I may be transferred.

Commonwealth OF Pennsylvania
Subcribed and sworn Before me this
Date: 7 day of May, 2007

Danielle M. Boris
Notary
Commission expires =
3-20-2010

Commonwealth of Pennsylvania
NOTARIAL SEAL
DANEILLE M. BORIS, Notary Public
Minersville Borough, County of Schuylkill
My Commission Expires March 20, 2010

Signature of Prisoner: Larry Lyle Lasko
Reg# 11894-052

-3-