UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LARRY LYLE LASKO, )
)
       Plaintiff, )
)
v. ) Civil Action No. 07-0787
)
THOMAS P. WALSH, et al., )
)
       Defendants. )

## ORDER

This case proceeds against the United States Department of Justice and the Drug Enforcement Administration under the Freedom of Information Act ("FOIA"), see 5 U.S.C. § 552. The FOIA applies only to federal government agencies; neither individuals nor state or local government agencies are covered. See 5 U.S.C. § 552(a)(4)(B), (f)(1); *Beard v. Dep't of Justice*, 917 F. Supp. 62, 63 (D.D.C. 1996) (holding that District of Columbia government records are not covered by FOIA); *Stone v. Defense Investigative Serv.*, 816 F. Supp. 782, 785 (D.D.C. 1993) (dismissing FOIA claims against individual federal officials for lack of subject matter jurisdiction).

Accordingly, it is hereby

ORDERED that the Thomas P. Walsh, the Vestal Police Department, the New York State Police, the Tioga County Sheriff's Department and the Broome County Sheriff's Department are DISMISSED as a party defendants, and it is further

ORDERED that a copy of this Order shall be served on defendants with a copy of the summons and complaint.

SO ORDERED.

Date: 6/7/07

/s/ Henry Kennedy
United States District Judge