**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
_____ District of __Columbia__

TO:
```
The Federal Drug Enforcement Administration
103 Corporation Drive
Owego, NY 13827
```

Civil Action, File Number __07-0787  EGS__

__Larry Lyle Lasko__
V.
__Thomas P. Walsh, Asst. US Atty. etlal__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If [you are served] on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

[Handwritten: 07-0787  JR7  6-18-07]

... days, you (or the party on whose behalf you [are being served]) ...plaint in any other manner permitted by law.

...behalf you are being served) must answer the [complai]nt by default will be taken against you for the...

...pt of Summons and Complaint By Mail was

_____
SMS Official)

COMPLAINT
complaint in the above captioned manner at

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
The Fed'l. Drug Enforcem't Admin.
103 Corporate Drive
Owego, NY 13827

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _D Rockwell_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): D Rockwell
C. Date of Delivery: 6/24/07
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☒ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0000 4984 5105

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

...er and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299 (Rev. 6/95)