CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

LARRY LYLE LASKO )
)
)
)
)
 Plaintiff )
)
)
v. )   Civil Case Number 07-0787 (JR)
)
)
)
THOMAS WALSH, et al. )   Category   I
)
)
 Defendant )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>June 28, 2007</u> from <u>Judge Emmet G. Sullivan</u> to <u>Judge James Robertson</u> by direction of the Calendar Committee.

(Randomly reassigned)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   Judge Sullivan & Courtroom Deputy
Judge Robertson & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk ✓