UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LARRY LYLE LASKO
    Plaintiff

v.

THOMAS P WALSH, eT.al.,
U.S. Department of Justice
U.S Drug Enforcement Agentye

Civil Case No. 1:07-CV-00787
(EGS)

**RECEIVED**
SEP - 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF'S MOTION TO COMPELL THE DEFENDANTS TO OPPOSE PLAINTIFF'S COMPLAINT

Come Now Plaintiff, Larry Lyle Lasko, pro se, with his request in motion. For This court To <u>Order</u> The Defendants in the above Caption, to respond To Laskos complaint as summoned. (Doc 7,8)

Plaintiff, has not recieved any waivers or any answer, as to the above titled action, To Corect The Heading as several summonses issued where quashed "Thomas P. Walsh" on July 18, 2007. (MT)

Although it was so <u>ordered</u> that this case proceeds against the U.S. as noted in the above caption, on June 7, 07. (Doc. 7) It has been over 30 days and no waiver of reply has been Filed by The defendants

Respectfully Submitted
Larry Lyle Lasko, Pro se
Reg# 11894 032

September 4, 2007