UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LARRY LYLE LASKO, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 07-0787 (JR) |
| | : | |
| DRUG ENFORCEMENT AGENCY (DEA), | : | |
| | : | |
| | : | |
| Defendant. | : | |

ORDER

Plaintiff seeks to compel defendant to respond to his complaint but the proper defendant, the Drug Enforcement Agency, has yet to be served the summons issued on August 29, 2007. Under the Freedom of Information Act, DEA has 30 days from service to respond to the complaint. Accordingly, it is

**ORDERED** that plaintiff's motion to compel [Dkt. No. 13] is **DENIED** as premature.


JAMES ROBERTSON
United States District Judge