UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LARRY LYLE LASKO
    Plaintiff,

- VS -

THOMAS P WALSH, A.U.S.A.,
"(THE VESTAL POLICE DEPT,)"
NEW YORK STATE POLICE,
TIOGA COUNTY SHERIFF's,
THE DRUG ENFORCEMENT AGENCY,
BROOME COUNTY SHERIFF's DEPT,
Eg. U.S. DEPARTMENT OF JUSTICE
    Defendants

CIVIL ACTION
Case No.: 1:07-CV-00787
(~~EGS~~) JR

RECEIVED
SEP 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFFS REPLY TO DEFENDANTs. MOTION FOR JUDGMENT AND SUMMARY JUDGMENT

In reply To The defendant MOTION, Defendants, "Vestal Police Department" as dated for the 11 day of September 2007.

Plaintiff, Larry Lyle Lasko, Concurs with the Attorney, for the above mention defendant, "the Vestal Police Dept". Except Thier opposition To Pl, Ex-B, Mr Lasko is simply looking to obtain the feild Investagation of his case and others invalved, as named at Pl, Ex-B, To/at "Search for =" Unfortunately Lasko has been incarcerated for Five Years, but has been at the exposure prior To, Please execute all warrants/Fines, of Mr. Lasko, For

-1-

NOTICE Plaintiffs Copys of, defendants Affidavits are not Signed nor Notorized

his, and the Courts review for the record, To show Plaintiffs Criminal Caricture nature, as they do associate with the need for his resentenceing issues as otlined in Doc 1 at 7 para 16 "Plaintiffs Civil action"

The Plaintiff humblely request this Court, But mostly the defendants and thier Attorneys to excuse eny and all unplesentness, he has caused. as he, his self, are seeking Justice.

## Certifacate of Service

1. Clerks Office
United State District Court
District of Columbia
333 Constitution Avenue, N.W
Washington, D.C 20001

2. U.S Attorneys Office
15 Henry Street
Binghamton, N.Y. 13901

3. Tioga County Attorneys Office
56 Main Street
Owego, New York 13827

4. Broome County Attorneys, off
Government Plaza
Binghamton, N.Y. 13901

5. New York state Attorney,
General's Office
44 Hawley Street
Binghamton, N.Y. 13901

6. David S. Berger, Esq.
53 Chenango Str, Sute 700
Binghamton, N.Y. 13901

Sept 17, 2007        Respectfull and Truly Yours
Larry Lyle Lasko, Pro se
Plaintiff, Reg # 11894-052