UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

OCT **2 9** 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LARRY LYLE LASKO           :
    Plaintiff           :        Civil Action No. 07-0787(ESG)
v.                         :
THE DRUG ENFORCEMENT ADMN. :
    Defendant          :
                       :

Plaintiff's Reply To Defendant's Past
Motion To Dismiss, And Summary Judgement(s)
_____

    **COMES NOW**, the above noted Plaintiff; Larry Lyle Lasko in **Pro-Se** form and fashion with his Reply To Defendant's Motion ; Doc. Number: 18; "Drug Enforcement Agency (DEA)".

### Brief

    1. It is apparent that Lasko has failed to appropriately address, and alike the DEA in this matter at Bar.
    2. Plaintiff has only addressed the agencies involved in the surrounding areas, and that would apply to any and all investigations, criminally, etc.
    3. Even so, Mr. Lasko's requested mailing to the DEA at 103 Corporate Drive, in Owego, NY 13877; WAS NEVER RETURNED with the anticipated, affixed designation of: "Address does not exist...",as stamped thereon by USPS sources, etc.
    **THEREFORE**, Plaintiff Lasko apolofizes for any and all inconveniences which may have arisen as a product and he is only looking

for the needed information and is thereby also seeking said information for use in his federal re-sentencing matter which is currently pending in criminal court.

## Conclusion

Mr. Lasko concurrs with the Defendants' Attorney; Ms. Rhonda Fields, for the DEA Office for failure to exhaust those administrative remedies as outlined in Doc. 18, at 6 therein.

**WHEREFORE**, this filing should proceed against The U.S. Dept. Of Justice, i.e. "Walsh, et al ..." as noted.* Court Doc. 7

Dated: Oct 25, 2007

And as submitted pursuant to Title 28 USC § 1746

Respectfully Submitted,

Larry Lyle Lasko, Pro-Se
REG# 11894-052
FCI Schuylkill
POB 759
Minersville, Pa. 17954

cc: Ms. Rhonda C. Fields, Esq.
    AUSA, Civil Division
    555 Fourth Street, NW
    Wash., DC 20530

    File/Other

Clerk Of Court
USDC D. Of Columbia
E.B. Prettyman US CH
333 Constitution Ave., NW
Wash., DC 2001-2866