UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY LYLE LASKO,  :  <br> : <br> Plaintiff,  : <br> : <br> v.  : <br> : <br> DRUG ENFORCEMENT AGENCY  : <br> (DEA),  : <br> : <br> Defendant.  : | Civil Action No. 07-0787 (JR) |

## ORDER

Plaintiff concedes that he has not exhausted his administrative remedies under the Freedom of Information Act, 5 U.S.C. § 552, by submitting a proper request to the Drug Enforcement Administration, and all other defendants were dismissed by Order of June 15, 2007. Accordingly, it is

**ORDERED** that DEA's motion to dismiss for failure to exhaust [Dkt. No. 18] is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED** without prejudice.  This is a final appealable Order.

JAMES ROBERTSON
United States District Judge