UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
FEB 2 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LARRY LYLE LASKO
    Appellant

v.

THE UNITED STATES DEPARTMENT
OF JUSTICE
    Appellee

Civil Action

No. 07-0787(JR)

## Notice Of Appeal

    **COMES NOW**, Appellant Larry Lyle Lasko, in Pro-Se form and fashion with his Notice Of Appeal, to appeal a District Court's Decision and Order as was filed and dated on Nov. 27, 2007. Lasko *did not* receive said Order UNTIL Feb. 25, 2008, as by request specifically and as pursuant to Fed. R. App. Pro. Rule 4(a)(6)(B).

    The Appellant moves for permission to file his "late" notice of appeal due to the aforementioned, verifiable data, and as filed versus The U.S. Dept. Of Justice, as this case was to proceed via(Dkt.6,7) as was filed on June 15, 207. Please Also Note:

    Plaintiff's Complaint as per the record was dismissed without prejudice, and without an opposition from the U.S. Dept. Of Justice. [For U.S. Postal Service Of Doc. 22; i.e. "Order"] (See Attachment:No.-1)

Dated: Feb. 25, 2008
As pursuant to 28:1746

Larry Lyle Lasko, Pro-Se
REG# 11894-052  FCI Schuylkill
POB 759  Minersville, Pa. 17954

Case 1:07-cv-00787-JR   Document 22   Filed 11/27/2007   Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LARRY LYLE LASKO,

    Plaintiff,

v.

DRUG ENFORCEMENT AGENCY (DEA),

    Defendant.

Civil Action No. 07-0787 (JR)

## ORDER

Plaintiff concedes that he has not exhausted his administrative remedies under the Freedom of Information Act, 5 U.S.C. § 552, by submitting a proper request to the Drug Enforcement Administration, and all other defendants were dismissed by Order of June 15, 2007. Accordingly, it is

**ORDERED** that DEA's motion to dismiss for failure to exhaust [Dkt. No. 18] is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED** without prejudice. This is a final appealable Order.

JAMES ROBERTSON

---

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

U.S. Postal Services




LARRY LYLE LASKO
R11894-05?
SCHUYLKILL
CORRECTIONAL INSTITUTION