# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

08-5062

*Larry Lyle Lasko*
appellant,

USCA No. 08-5062

(U.S.) Department of Justice
Thomas P Walsh, et al

USDC No. 1:07-cv-00787-JR

**ORIGINAL**

**MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS**
as requested Under App. Rule, 5(a)

I, *Larry Lyle Lasko*, declare that I am the

☒ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached. I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. You may continue on the other side of this sheet if necessary.*)

Inside Please Find an Consent Form, for Collection of Fees and a copy of Laskos account for the past 6 months

Signature: [signature]   Reg# 11894052
Name of *Pro Se* Litigant (PRINT) Larry Lyle Lasko
Address FCI Schuylkill FCI, P.O. Box 700
Minersville, PA 17954-0000

Submit original with a certificate of service to:

**RECEIVED**
MAY 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Clerk
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Avenue, N.W.
Rm. 5423, E. Barrett Prettyman U.S. Courthouse
Washington, DC 20001

Received
MAY - 1 2008
United States Court of Appeals
District of Columbia Circuit

**Affidavit Accompanying Motion for Leave
to Proceed on Appeal in Forma Pauperis**

United States Court of Appeals for the
District of Columbia Circuit

Larry Lyle Lasko

Case No. 1:07-cv-00787-JR

v.

U.S. Department of Justice
~~____~~, Thomas P. Walsh, et al

### Affidavit in Support of Motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

### Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: [signature]

Date: 4-28-2008

**My issues on appeal are:** OF the withholding of Foveable evidence that my Jury at trial did not see, etc. or hear (Brady) issues. This is a filing of: Freedom of Information, and of Deliberate Indifferences, For same by acting Officials, for Constitutional violations In, 5th, 8th, etc., and Common Law Practices of New York State Officials, and Federal Offices and Officials. Please File: for injury purposes, and Public Entity [ies], Disclosures.

Mr Lasko, has by The U.S. District Court and all official agency[ies] Attorneys acting. Been denied. That/is is why he humbly request this court to File. This action

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify): FCI Schuylkill, Program Pay | $ | $ | $ | $ |
| Total monthly income: | $17.00 | $ 0 | $17.00 | $ 0 |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |

4. How much cash do you and your spouse have? $ 0

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | | $ | $ |
| | | $ | $ |
| | | $ | $ |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, that you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value): N/A

Other real estate (Value): ✗

Motor vehicle # 1 ___ (Value) ✗
Make & year:
Model:
Registration #.

Motor vehicle #2 ___ (Value)
Make & year N/A
Model N/A
Registration #: N/A

Other Assets (Value): ✗

Other Assets (Value): ✗

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

Person owing you or your spouse money: N/A

Amount owed to you: ✗

Amount owed to your spouse: ✗

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | ✗ | ✗ |

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semi-annually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 0 | $ 0 |
| Are real-estate taxes included? | [ ] Yes [X] No | |
| Is property insurance included? | [ ] Yes [X] No | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 0 | $ 0 |
| Food | $ 0 | $ 0 |
| Clothing | $ 0 | $ 0 |
| Laundry and dry-cleaning | $ 0 | $ 0 |
| Medical and dental expenses | $ 0 | $ 0 |
| Transportation (not including motor vehicle payments) | $ 0 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments) | $ 0 | $ 0 |
| Homeowner's or renter's | $ 0 | $ 0 |
| Life | $ 0 | $ 0 |
| Health | $ 0 | $ 0 |
| Motor Vehicle | $ 0 | $ 0 |
| Other: _____ | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ 0 | $ 0 |
| Installment payments | $ 0 | $ 0 |
| Motor Vehicle | $ 0 | $ 0 |
| Credit card (name): _____ | $ 0 | $ 0 |
| Department store (name): _____ | $ 0 | $ 0 |
| Other: _____ | $ 0 | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ 0 |
| Other (specify): _____ | $ 0 | $ 0 |
| Total monthly expenses: | $ 0 | $ 0 |

legal Fees monthly $10.00   or so (less)

Hygene Monthly $10.00   or so

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes   [X] No    If yes, describe on an attached sheet.

10. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?

[ ] Yes   [X] No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

N/A

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes   [X] No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

N/A

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal. _I am incarcerated at this time_

13. State the address of your legal residence.

FCI Schuylkill, Pa

Your daytime phone number: (___) _____
Your age: 40   Your years of schooling: 9
Your social-security number: 262 61 6020

## Deposits

 PRINT

| Inmate Reg #: | 11894052 | Current Institution: | Schuylkill FCI |
| --- | --- | --- | --- |
| Inmate Name: | LASKO, LAWRENCE | Housing Unit: | SCH-B-A |
| Report Date: | 04/27/2008 | Living Quarters: | B04-003L |
| Report Time: | 7:41:05 AM | | |

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
MAY 1 2008
RECEIVED

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
| --- | --- | --- | --- | --- | --- |
| 4/15/2008 12:42:45 PM | Sales | ($19.00) | 55 | | $8.22 |
| 4/10/2008 12:53:32 PM | Debt Encumbrance | ($3.44) | GSCHD026 - 1012 | | |
| 4/10/2008 12:53:32 PM | Debt Encumbrance | ($3.44) | GSCHD012 - 1011 | | |
| 4/10/2008 12:53:32 PM | Payroll - IPP | $17.22 | HIPP0308 | | $27.22 |
| 4/1/2008 12:10:33 AM | PLRA Payment | ($1.32) | GSCHD012 | 1728 | $10.00 |
| 4/1/2008 12:10:33 AM | Debt Encumbrance - Released | $4.90 | GSCHD026 - 857 | | |
| 4/1/2008 12:10:33 AM | Debt Encumbrance - Released | $4.90 | GSCHD012 - 856 | | |
| 3/12/2008 11:12:25 AM | Sales | ($23.20) | 14 | | $11.32 |
| 3/7/2008 10:29:09 AM | Debt Encumbrance | ($4.90) | GSCHD026 - 857 | | |
| 3/7/2008 10:29:09 AM | Debt Encumbrance | ($4.90) | GSCHD012 - 856 | | |
| 3/7/2008 10:29:09 AM | Payroll - IPP | $24.52 | HIPP0208 | | $34.52 |
| 3/1/2008 12:10:34 AM | PLRA Payment | ($2.62) | GSCHD012 | 1442 | $10.00 |
| 3/1/2008 12:10:34 AM | Debt Encumbrance - Released | $5.54 | GSCHD026 - 706 | | |
| 3/1/2008 12:10:34 AM | Debt Encumbrance - Released | $5.54 | GSCHD012 - 705 | | |
| 2/13/2008 5:28:57 PM | Sales | ($25.10) | 19 | | $12.62 |
| 2/8/2008 9:10:59 AM | Debt Encumbrance | ($5.54) | GSCHD026 - 706 | | |
| 2/8/2008 9:10:59 AM | Debt Encumbrance | ($5.54) | GSCHD012 - 705 | | |
| 2/8/2008 9:10:59 AM | Payroll - IPP | $27.72 | HIPP0108 | | $37.72 |
| 2/1/2008 12:11:00 AM | PLRA Payment | ($3.28) | GSCHD012 | 1174 | $10.00 |
| 2/1/2008 12:11:00 AM | Debt Encumbrance - Released | $3.88 | GSCHD026 - 566 | | |
| 2/1/2008 12:11:00 AM | Debt Encumbrance - Released | $3.88 | GSCHD012 - 565 | | |
| 1/16/2008 11:32:01 AM | Sales | ($16.10) | 41 | | $13.28 |
| 1/10/2008 9:42:37 AM | Debt Encumbrance | ($3.88) | GSCHD026 - 566 | | |
| 1/10/2008 9:42:37 AM | Debt Encumbrance | ($3.88) | GSCHD012 - 565 | | |
| 1/10/2008 9:42:37 AM | Payroll - IPP | $19.44 | HIPP1207 | | $29.38 |
| 1/9/2008 11:10:14 AM | Sales | $0.00 | 17 | | $9.94 |
| 1/1/2008 12:10:33 AM | Debt Encumbrance - Released | $3.52 | GSCHD026 - 416 | | |
| 1/1/2008 12:10:33 AM | Debt Encumbrance - Released | $3.52 | GSCHD012 - 415 | | |
| 12/13/2007 12:08:46 PM | Sales | ($17.70) | 54 | | $9.94 |
| 12/10/2007 9:25:44 AM | Debt Encumbrance | ($3.52) | GSCHD026 - 416 | | |
| 12/10/2007 9:25:44 AM | Debt Encumbrance | ($3.52) | GSCHD012 - 415 | | |
| 12/10/2007 9:25:44 AM | Payroll - IPP | $17.64 | HIPP1107 | | $27.64 |
| 12/1/2007 12:10:35 AM | PLRA Payment | ($10.04) | GSCHD012 | 532 | $10.00 |
| 12/1/2007 12:10:35 AM | PLRA Payment | ($0.07) | GSCHD026 | 531 | $20.04 |
| 12/1/2007 12:10:35 AM | Debt Encumbrance - Released | $5.04 | GSCHD026 - 245 | | |
| 12/1/2007 12:10:35 AM | Debt Encumbrance - Released | $5.04 | GSCHD012 - 244 | | |
| 12/1/2007 12:10:35 AM | Debt Encumbrance - Released | $5.00 | GSCHD026 - 218 | | |
| 12/1/2007 12:10:35 AM | Debt Encumbrance - Released | $5.00 | GSCHD012 - 217 | | |
| 11/29/2007 11:14:34 AM | Sales | ($4.00) | 12 | | $20.11 |
| 11/21/2007 2:33:19 PM | Sales | ($10.05) | 142 | | $24.11 |

| Date | Description | Amount | Reference | Balance |
|---|---|---|---|---|
| 11/9/2007 8:15:59 AM | FRP Monthly Pymt | ($25.00) | HIS02105 | $34.16 |
| 11/9/2007 8:14:11 AM | Debt Encumbrance | ($5.04) | GSCHD026 - 245 | |
| 11/9/2007 8:14:11 AM | Debt Encumbrance | ($5.04) | GSCHD012 - 244 | |
| 11/9/2007 8:14:11 AM | Payroll - IPP | $25.20 | HIPP1007 | $59.16 |
| 11/8/2007 5:24:30 AM | Debt Encumbrance | ($5.00) | GSCHD026 - 218 | |
| 11/8/2007 5:24:30 AM | Debt Encumbrance | ($5.00) | GSCHD012 - 217 | |
| 11/8/2007 5:24:30 AM | Lockbox - CD | $25.00 | 70195301 | $33.96 |
| 11/1/2007 12:10:38 AM | Debt Encumbrance - Released | $4.19 | GSCHD026 - 101 | |
| 11/1/2007 12:10:38 AM | Debt Encumbrance - Released | $4.19 | GSCHD012 - 100 | |
| 10/18/2007 10:46:59 AM | Sales | ($8.30) | 14 | $8.96 |

1 2

# PROOF OF SERVICE

I certify that on 4-28-2008 (date) I mailed a copy of this brief and all attachments via first class mail to the following parties at the addresses listed below:

Clerk
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Avenue, N.W.
Rm. 5423, E. Barrett Prettyman U.S. Courthouse
Washington, DC 20001

## PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should include the following statement on all documents to be filed with this Court: Motion For leave To Proceed on Appeal in Forma Pauperis

I certify that this document was given to prison officials on 4-28-2008 (date) for forwarding to the Court of Appeals.* I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

Signature Larry Lyle Lasko

Dated: 4-28-2008

O:\FORMS\CHKLISTS\Briefs_Appendix\InformalBriefQuestionnaire.wpd

REV. 02/95