UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Larry Lyle Lakso            :
                            :
        Appellant,           :
                            :
    v.                      :   Civil Action No. 07-0787 (JR)
                            :
DRUG ENFORCEMENT ADMINISTRATION, :
                            :
        Appellee.            :

### ORDER

The Court of Appeals has referred to this Court the question whether Mr. Lasko should be permitted to appeal *in forma pauperis* from this Court's <u>without prejudice</u> dismissal of his complaint. Because Mr. Lasko was and, I believe still is, able to exhaust his administrative remedies, or, failing that, to file a new Freedom of Information Act request, he has not yet suffered the prejudice of which he complains in the affidavit accompanying his motion for leave to appeal *in forma pauperis*, and his motion [25] is accordingly **denied**.

JAMES ROBERTSON
United States District Judge