# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-5062**  **September Term 2007**

1:07-cv-00787-JR

Filed On: May 9, 2008 [1115533]

Larry Lyle Lasko,

    Appellant

v.

Drug Enforcement Administration,

    Appellee

### ORDER

Upon consideration of the motion to appeal in forma pauperis, which was received from appellant on May 1, 2008, it is, on the court's own motion,

**ORDERED** that the motion to appeal in forma pauperis be referred to the district court for resolution in the first instance. It is

**FURTHER ORDERED** that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order along with the original motion to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

FOR THE COURT:
Mark J. Langer, Clerk

BY:  /s/
Elizabeth V. Scott
Deputy Clerk