# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **No. 08-5062** | **September Term 2007** |
| | 1:07-cv-00787-JR |
| | **Filed On:** August 27, 2008 |

Larry Lyle Lasko,

    Appellant

v.

Drug Enforcement Administration,

    Appellee

**BEFORE:** Henderson, Randolph, and Brown, Circuit Judges

### ORDER

Upon consideration of the motion for leave to proceed on appeal in forma pauperis, it is

**ORDERED** that the motion for leave to proceed in forma pauperis be denied. The district court correctly certified that the appeal is not taken in good faith. See 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 4(a)(3)(A); Ellis v. United States, 356 U.S. 674 (1958) (per curiam) ("In the absence of some evident improper motive, the applicant's good faith is established by the presentation of any issue that is not plainly frivolous."). It is

**FURTHER ORDERED** that appellant pay the full filing and docketing fee of $455 to the district court within thirty days of the date of this order or this appeal will be dismissed. But see Wooten v. District of Columbia Metropolitan Police Department, 129 F.3d 206, 208 (D.C. Cir. 1997) ("If he is foolish enough to pay [the fee] to have us say essentially what we have already said about his case, his appeal may proceed.").

The Clerk is directed to send a copy of this order to appellant by whatever means necessary to ensure receipt.

**Per Curiam**